## CRANE *v.* MASSEY.

No. 10730. DECEMBER 10, 1935.

*James R. Venable* and *Robert McGinley,* for plaintiff in error.
*Ezra E. Phillips,* contra.

BECK, Presiding Justice. The petition as amended stated a cause of action as against a general demurrer; and if sustained by proof on the trial, the plaintiff would be entitled to a judgment for some amount. The court erred in dismissing the case on general demurrer. The facts on which our ruling is based appear in the statement above. *Judgment reversed. All the Justices concur.*